## 29766. ATKINSON v. THE STATE.

PER CURIAM.

This is a companion case to *Treadwell v. State,* 233 Ga. 468 (211 SE2d 760) (1965). Treadwell and Atkinson were co-indictees. They were arrested on the same day and received the same treatment throughout. The facts in the two cases are indistinguishable. The only issue raised, denial of a speedy trial, is identical with *Treadwell* which controls this case.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent.*

Submitted March 24, 1975 — Decided May 20, 1975.

*Archie L. Gleason,* for appellant.
*Richard Allen, District Attorney, Arthur K. Bolton, Attorney General, B. Dean Grindle, Jr., Assistant Attorney General,* for appellee.